**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ricardo CRUZAGOSTO, Defendant–
Appellant.**

No. 08–30474.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2010.[*]

Filed Oct. 12, 2010.

James Barkley, Esquire, Thomas Bradley, Office of the U.S. Attorney, Anchorage, AK, William C. Brown, Esquire, U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

Robert Michael Leen, Esquire, Law Office of Robert M. Leen, Woodinville, WA, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM [**]

Ricardo Cruzagosto appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for sentence reduction. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Cruzagosto contends that the district court erred when it failed to lower his sentence pursuant to 18 U.S.C. § 3582(c)(2) following the United States Sentencing Commission's adoption of Amendment 706. We affirm in light of *Dillon v. United States*, —— U.S. ——, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010).

**AFFIRMED.**

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.